IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00113-CV

 

Allen Wayne Anderson,

                                                                      Appellant

 v.

 

Attorney General,

                                                                      Appellee

 

 

 



From the 52nd District Court

Coryell County, Texas

Trial Court # 04-12840

 



MEMORANDUM 
Opinion



 

Appellant
filed a notice of appeal from the denial of his public information request No.
04-12840 by Texas Attorney General Greg Abbot on May 24, 2004.  We gave
appellant ten days notice that his appeal was subject to dismissal for want of
jurisdiction to which we received no response. 
We now dismiss this appeal for want of jurisdiction.  Tex.
R. App. P. 42.3(a).




 

                                                                        PER CURIAM

 

 

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Dismissed for want of jurisdiction

Opinion delivered and filed November
 3, 2004

[CV06]